**COUNTRYVIEW PARTNERSHIP,
Respondent,**

v.

**ERNIE CAMPBELL CONSTRUCTION
COMPANY, Appellant.**

**No. WD 44991.**

Missouri Court of Appeals,
Western District.

July 7, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 1, 1992.

Willard B. Bunch, Kansas City, for appellant.

Steven K. Wickersham, Kansas City, for respondent.

Before SHANGLER, P.J., and
KENNEDY and SMART, JJ.

## ORDER

PER CURIAM.

Defendant appeals from $35,000 jury verdict in favor of the plaintiff for breach of contract.

The judgment is affirmed. Rule 84.16(b).